Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000442
23-MAY-2018
12:03 PM

NO. CAAP-17-0000442

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

SCARLETT A. TAYLOR and CHANEL E. TAYLOR,
Plaintiffs-Appellants,
v.
ELISA M. OMEECHEVARRIA, Defendant-Appellee,
and
JOHN DOES 1-10, JANE DOES 1-10 and ENTITIES 1-10,
Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-3006)

ORDER DENYING MAY 17, 2018 "PLAINTIFFS'-APPELLANTS'
MOTION OBJECTIONS TO COURT FILED ON MAY 9, 2018 WHICH
PLAINTIFFS-APPELLANTS RECEIVED ON MAY 13, 2018"
(By: Ginoza, Chief Judge, Leonard and Reifurth, JJ.)

Upon review of (1) the March 8, 2018 order dismissing this appeal for lack of appellate jurisdiction, (2) the March 28, 2018 order denying Plaintiffs-Appellants Scarlett A. Taylor and Chanel E. Taylor's (the Taylors) March 22, 2018 motion for reconsideration of the March 8, 2018 order of dismissal pursuant to Rule 40 of the Hawai'i Rules of Appellate Procedure (HRAP), (3) the April 25, 2018 order denying the Taylors' April 18, 2018 "MOTION OBJECTION [SIC] DENYING ORDER FILED MARCH 28, 2018 THAT PLAINTIFFS RECEIVED ON APRIL 10, 2018," which we deemed to be a second and unauthorized HRAP Rule 40 motion for reconsideration of the March 8, 2018 order of dismissal, (4) the May 9, 2018 order denying the Taylors' May 4, 18, 2018 "MOTION OBJECTION [SIC] TO COURT'S FILED APRIL 25, 2018," which we deemed to be a

third and unauthorized HRAP Rule 40 motion for reconsideration of the March 8, 2018 order of dismissal, (5) the Taylors' most recent May 17, 2018 "PLAINTIFFS'-APPELLANTS' MOTION OBJECTIONS [SIC] TO COURT FILED ON MAY 9, 2018 WHICH PLAINTIFFS-APPELLANTS RECEIVED ON May 13, 2018," which we deem to be a fourth and unauthorized HRAP Rule 40 motion for reconsideration of the March 8, 2018 order of dismissal, and (6) the record, it appears that, although the title of the Taylors' May 17, 2018 motion refers to the May 9, 2018 order, the Taylors actually seek, for the fourth time, to invoke HRAP Rule 40 for reconsideration of the March 8, 2018 dismissal order that terminated this appeal more than two months ago. HRAP Rule 40 does not authorize multiple motions for reconsideration of an order of dismissal.

Therefore, IT IS HEREBY ORDERED that the Taylors' May 17, 2018 HRAP Rule 40 motion for reconsideration of the March 8, 2018 order of dismissal is denied.

IT IS FURTHER HEREBY ORDERED that the Taylors shall cease filing motions in appellate court case number CAAP-17-0000442, which has concluded. If the Taylors file further motions in this appeal, they may be subject to sanctions as set forth in HRAP Rule 51.

DATED: Honolulu, Hawai'i, May 23, 2018.

Chief Judge

Associate Judge

Associate Judge

-2-